```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,     )   Case. No. CR-S-07-571 GEB
                                  )
13              Plaintiff,        )
                                  )   STIPULATION AND PROPOSED ORDER
14                                )   RE: CONTINUANCE OF HEARING ON
        v.                        )   JUDGMENT AND SENTENCE AND
15                                )   SETTING OF AMENDED SENTENCING
    CESAR QUINTERO-FELIX,         )   SCHEDULE
16  ARMANDO SANCHEZ, and          )
    FELIX JAUREGUI,               )   Date: August 14, 2009
17                                )   Time: 9:00 a.m.
                Defendants.       )   Hon. Garland E. Burrell, Jr.
18                                )
                                  )
19  _____
20
21       It is hereby stipulated by and between the United States of
22  America through Philip Ferrari, Assistant United States Attorney,
23  and defendants Cesar Quintero-Felix, Armando Sanchez and Felix
24  Jauregui, by and through their respective counsel, that the hearings
25  on judgment and sentence currently set for May 22, 2009, be vacated
26  and reset for August 14, 2009 at 9:00 a.m.
27       On March 23, 2009, the government filed stipulations continuing
28  the hearings on judgment and sentence for defendants Quintero-Felix
    and Jauregui to May 22, 2009.  Similarly, on March 20, 2009, counsel
```

for defendant Sanchez filed a stipulation continuing the hearing on his judgment and sentence to May 22, 2009. The government's primary reason for entering these stipulations was to allow for additional time to prepare informal objections to the pre-sentence reports. However, each of the filed stipulations neglected to include an amended schedule for submitting objections to the pre-sentence report. Accordingly, although informal objections were submitted by the government, those were untimely under the existing schedule. In addition, counsel for defendants Sanchez and Quintero-Felix have filed sentencing memos with the Court which include objections to the pre-sentence reports. Because these objections have not been presented as timely informal objections, the Probation Office has not had the opportunity to respond to them. Defendant Jauregui has yet to respond to his pre-sentence report.

The parties are unified in their belief that they and the Court will benefit from the opportunity to put the informal objections before the Probation Office before they are submitted to the Court. Accordingly, the parties ask that the hearing on judgment and sentence for all three defendants be continued to August 14, 2009, and that the Court adopt the sentencing schedule set forth in the attached proposed order. The Probation Officer has been advised of and concurs with the proposed sentencing schedule.

DATED: May 14, 2009     /s/ Philip A. Ferrari for
MICHAEL MCDONNELL, ESQ.
Attorney for Defendant Quintero-Felix

DATED: May 14, 2009     /s/ Philip A. Ferrari for
JEFFREY STANIELS, ESQ.
Attorney for Defendant Jauregui

DATED: May 14, 2009     /s/ Philip A. Ferrari for

|   |   |
|---|---|
|   | TIMOTHY NILAN, ESQ.<br>Attorney for Defendant Sanchez |
| DATED: May 14, 2009 | LAWRENCE G. BROWN<br>United States Attorney |
|   | By: /s/ Philip A. Ferrari<br>PHILIP A. FERRARI<br>Assistant U.S. Attorney |

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1. The hearings on judgment and sentence in the above-referenced matter for defendants Quintero-Felix, Sanchez and Jauregui, which were previously set for May 22, 2009, are hereby vacated and continued to August 14, 2009, at 9:00 A.M.; and

2. The Court adopts the following sentencing schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/14/2009 |
| Reply, or Statement of Non-Opposition: | 08/07/2009 |
| Motion For Correction of PSR: | 07/31/2009 |
| PSR Shall be Filed: | 07/24/2009 |
| Informal Objections Due: | 07/10/2009 |

Dated: May 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge