# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CESAR QUINTERO-FELIX,<br><br>Defendant. | CASE NO: 2:07CR00571-GEB-01<br><br>ORDER TO STRIKE DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT FROM COURT RECORD<br><br>SENTENCING: August 14, 2009<br>TIME: 9:00 am<br>CRTRM: Hon. Garland E. Burrell, Jr. |

Defendant's motion to withdraw defendant's previously filed objections to the pre-sentence report (filed in this action as docket number 151) and have them stricken from the record is granted.

Dated: July 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1