IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                              No. CR S-07-0571 GEB KJM P

    vs.

CESAR QUINTERO-FELIX,

    Movant.                                     <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. By previous order, the court set the time for respondent's response no later than January 10, 2011. <u>See</u> Docket No. 255. Movant now asks to amend that order to set the deadline for his reply to the response at thirty days after service. He also asks for a copy of the court's local rules. Both requests will be granted.[1]

/////

/////

/////

---

[1] Movant also requests the "index number" of his newly filed habeas action. The court informs movant that he must submit all future filings related to his habeas petition under the case number of the criminal proceeding in which he was sentenced, shown above.

1

Accordingly, IT IS ORDERED that:

1. The motion to amend the court's scheduling order on briefing (Docket No. 257) is granted. Movant shall have thirty days after service of the response to his § 2255 motion in which to file a reply.

2. The Clerk of Court is directed to send a copy of the Local Rules to movant.

DATED: December 13, 2010.

_____
U.S. MAGISTRATE JUDGE

4
quin0571.eot(2)