IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Respondent, | No. CR S-07-571 GEB EFB (TEMP) P |
| vs. | |
| CESAR QUITERO-FELIX, | |
| Movant. | ORDER |

Respondent seeks a second extension of time in which to file a response to movant's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. Good cause appearing, the motion will be granted.

Accordingly, IT IS ORDERED that the motion for an extension of time (Dckt. No. 269) is granted. Respondent shall file a response to movant's § 2255 motion no later than January 24, 2011.

DATED: January 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE