IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-07-0571 GEB EFB P

    vs.

CESAR QUINTERO-FELIX,

    Movant.                         ORDER

_____/

    Movant has requested a second extension of time to file a reply to respondent's January 24, 2011 answer in opposition to movant's 28 U.S.C. § 2255 motion. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that movant's June 20, 2011 request for extension of time is granted and movant has 60 days from the date this order is served to file a reply.

DATED: June 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE