HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CESAR QUINTERO-FELIX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR QUINTERO-FELIX,<br><br>　　　　　Defendant. | No. Cr. S 2:07-cr-571 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable GARLAND E. BURRELL, JR. |

　　　　Defendant, CESAR QUINTERO-FELIX, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On August 14, 2009, this Court sentenced Mr. Quintero-Felix to a term of 188 months imprisonment;

　　　　3.　　His total offense level was 36, his criminal history category was I, and the resulting guideline range was 188 to 235 months;

4. The sentencing range applicable to Mr. Quintero-Felix was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Quintero-Felix's total offense level has been reduced from 36 to 34, and his amended guideline range is 151 to 188 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Quintero-Felix's term of imprisonment to a total term of 151 months.

Respectfully submitted,

Dated:  November 13, 2015                           Dated:  November 13, 2015

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender


 /s/  Jason Hitt                                                /s/ Hannah Labaree
JASON HITT                                                  HANNAH R. LABAREE
Assistant U.S. Attorney                                  Assistant Federal Defender

Attorney for Plaintiff                                      Attorney for Defendant
UNITED STATES OF AMERICA                   CESAR QUINTERO-FELIX

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Quintero-Felix is entitled to the benefit Amendment 782, which reduces the total offense level from 36 to 34, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2009 is reduced to a term of 151 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Quintero-Felix shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge